# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 28, 2023

**By the Court:**

No. 23-2842

| | |
|---|---|
| PAULA WALLRICH, et al.,  *Plaintiffs - Appellees*,  v.  SAMSUNG ELECTRONICS AMERICA, INCORPORATED and SAMSUNG ELECTRONICS COMPANY, LIMITED,  *Defendants - Appellants*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.  No. 1:22-cv-05506  Harry D. Leinenweber,  *Judge*. |

**O R D E R**

A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. appeal a district court order entered September 12, 2023, that dismissed the action as to the petitioners who have failed to allege proper venue, granted the motion to compel arbitration, and stayed the case pending arbitration.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988). Further, "[a] pro-arbitration decision, coupled with a stay (rather than a dismissal) of the suit, is not appealable....

-over-

No. 23-2842 -Page 2-

Indeed, 9 U.S.C. § 16(b) positively *forbids* appeal." *Moglia v. Pacific Employers Ins. Co. of North America*, 547 F.3d 835, 837 (7th Cir. 2008) (emphasis in original). Accordingly,

  IT IS ORDERED that Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. shall file, on or before October 12, 2023, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

NOTE:  Caption document "JURISDICTIONAL MEMORANDUM". The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.