No. 23-2842

In the

# United States Court of Appeals
## for the Seventh Circuit

PAULA WALLRICH, et al.,

*Petitioners-Appellees*,

v.

SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,

*Respondents-Appellants*.

On Appeal from the United States District Court for the
Northern District of Illinois, Case No. 1:22-cv-5506,
Hon. Harry D. Leinenweber, *United States District Judge*

## MOTION FOR LEAVE TO FILE REPLY SUPPORTING MOTION TO STAY THE DISTRICT COURT'S ORDER AND MOTION TO EXPEDITE THE APPEAL

Michael W. McTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Colm P. McInerney
Jeremy Patashnik
SKADDEN, ARPS, SLATE
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Randall W. Edwards
Matthew D. Powers
O'MELVENY & MYERS LLP
Two Embarcadero Center,
 28th Floor
 San Francisco, CA 94111

Shay Dvoretzky
  *Counsel of Record*
Parker Rider-Longmaid
Kyser Blakely
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Jonathan D. Hacker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

*Counsel for Respondents-Appellants Samsung Electronics America, Inc., and Samsung Electronics, Co., Ltd. (additional counsel information on inside cover)*

*Additional counsel information continued from front cover*

Mark Howard Boyle
DONOHUE BROWN
 MATHEWSON & SMYTH LLC
131 South Dearborn Street,
 Suite 1600
Chicago, IL 60603

Ashley M. Pavel
O'MELVENY & MYERS LLP
610 Newport Center Drive,
 17th Floor
Newport Beach, CA 92660

James L. Kopecky
KOPECKY SCHUMACHER
 ROSENBURG LLC
120 North LaSalle Street,
 Suite 2000
Chicago, IL 60601

*Counsel for Respondents-Appellants Samsung Electronics America, Inc., and Samsung Electronics, Co., Ltd.*

# MOTION FOR LEAVE TO FILE REPLY SUPPORTING MOTION TO STAY THE DISTRICT COURT'S ORDER AND MOTION TO EXPEDITE THE APPEAL

Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd. (collectively, Samsung), respectfully request an opportunity to file a reply in support of their motion to stay the district court's order pending appeal and motion to expedite the appeal (Doc. 21). Samsung submits that a reply would assist the Court in addressing the arguments made in Appellees' Response (Doc. 24).

Although Federal Rule of Appellate Procedure 27(a)(4) states that "[a]ny reply to a response must be filed within 7 days after service of the response," Samsung recognizes that, especially for expedited requests, the Court may be prepared to rule based on the motion and response, *see, e.g.*, Cir. Operating Procedure 1. Accordingly, Samsung proposes filing a reply by 5 p.m. on November 6, 2023.

Dated: November 2, 2023

Michael W. McTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Colm P. McInerney
Jeremy Patashnik
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

Randall W. Edwards
Matthew D. Powers
O'MELVENY & MYERS LLP
Two Embarcadero Center,
 28th Floor
San Francisco, CA 94111

Mark Howard Boyle
DONOHUE BROWN
 MATHEWSON & SMYTH LLC
131 South Dearborn Street,
 Suite 1600
Chicago, IL 60603

Respectfully submitted,

*/s/ Shay Dvoretzky*

Shay Dvoretzky
 *Counsel of Record*
Parker Rider-Longmaid
Kyser Blakely
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, DC 20005
Telephone: 202-371-7000
shay.dvoretzky@skadden.com

Jonathan D. Hacker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

Ashley M. Pavel
O'MELVENY & MYERS LLP
610 Newport Center Drive,
 17th Floor
Newport Beach, CA 92660

James L. Kopecky
KOPECKY SCHUMACHER
 ROSENBURG LLC
120 North LaSalle Street,
 Suite 2000
Chicago, IL 60601

*Counsel for Respondents-Appellants Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, as calculated by Microsoft Word, it contains 143 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f), and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: November 2, 2023   */s/ Shay Dvoretzky*
Shay DvoretzkY

*Counsel for Respondents-Appellants
Samsung Electronics America, Inc.,
& Samsung Electronics Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 2, 2023    */s/ Shay Dvoretzky*
Shay Dvoretzky

*Counsel for Respondents-Appellants
Samsung Electronics America, Inc.,
& Samsung Electronics Co., Ltd.*