# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 8, 2023

*By the Court:*

| | |
|---|---|
| No. 23-2842 | PAULA WALLRICH, et al.,<br>　　　　Plaintiffs - Appellees<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INCORPORATED and SAMSUNG ELECTRONICS COMPANY, LIMITED,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-05506<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

The following are before the court:

1. **MOTION TO STAY THE DISTRICT COURT'S ORDER; REQUEST FOR ADMINISTRATIVE STAY UNTIL THE COURT RULES; AND MOTION TO EXPEDITE THE APPEAL**, filed on October 25, 2023, by counsel for the appellants.

2. **APPELLEE'S OPPOSITION TO APPELLANTS' MOTION TO STAY THE DISTRICT COURT'S SEPTEMBER 12, 2023 ORDER**, filed on November 2, 2023, by counsel for the appellees.

3. **REPLY IN SUPPORT OF THE MOTION TO STAY THE DISTRICT COURT'S ORDER AND MOTION TO EXPEDITE THE APPEAL**, filed on November 6, 2023, by counsel for the appellants.

The motion for a stay pending appeal is **GRANTED**. The district court's order dated September 12, 2023, is **STAYED** pending the resolution of this appeal and the issuance of this court's mandate.

No. 23-2842 Page 2

The motion to expedite also is **GRANTED**. Briefing in this appeal will proceed as follows:

1. The brief and required short appendix of the appellants is due by November 14, 2023.

2. The brief of the appellees is due by December 12, 2023.

3. The reply brief of the appellants, if any, is due by December 22, 2023.

Oral argument will be set by a separate order.

The parties' briefs must discuss in detail both this court's appellate jurisdiction (including the effect of Green Tree Financial Corp. v. Randolph, 531 U.S. 79 (2000)) and the district court's subject-matter jurisdiction (including the effect of Vaden v. Discover Bank, 556 U.S. 49 (2009), and 9 U.S.C. § 203).

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)