# Gupta / Wessler  *Issues & Appeals*

December 23, 2023

*Via Electronic Filing*

Christopher G. Conway, Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:   No. 23-2842, *Paula Wallrich, et al. v. Samsung Electronics America, et al.*

Dear Mr. Conway:

    We write to make clear that the appellee's brief (ECF 51) is filed on behalf of all appellees.

    As this office is aware, this Court uses simplified captions for administrative purposes in cases with five or more parties on either side. The second docket entry in this appeal accordingly states that, because "THIS CAUSE CONSISTS OF MORE THAN 5 PARTIES FOR EITHER SIDE," all appellees other than five listed on the caption are "parties to this cause as reflected on the District Court docket, yet are not reflected on the Appellate docket/caption for administrative purposes." ECF 2. Following this Court's practice, the cover of the appellees' brief uses this simplified caption.

    Samsung's reply, filed yesterday, contends that, because the caption on the cover of the appellees' brief names "only *five* of the claimants," "the rest have filed no brief before this Court." ECF 66 at 1; *id.* at 22. In no way does the use of this Court's simplified caption have that effect. The appellees' counsel entered their appearance for *all* appellees. ECF 6. And the brief's content indicates no intent to limit the parties represented. Quite the opposite. *See* ECF 51 at 1 ("The claimants in this case are Paula Wallrich and thousands of other Illinois residents who use Samsung devices."). Nor is it reasonable to read the cover caption as having such an effect. *See* 7th Cir. Practitioner's Handbook 93 (2020 ed.) ("Simply put, captions do not control, content controls."); Fed. R. App. P. 3(c)(1)(A) ("[A]n attorney representing more than one party may describe those parties with such terms as 'all plaintiffs,' 'the defendants,' 'the plaintiffs A, B, et al.,' or 'all defendants except X.'").

    Out of an abundance of caution, we hereby reiterate that *all* appellees for whom the appellees' counsel have entered their appearance in this Court (ECF 6) join in the appellees' brief filed on December 12, 2023 (ECF 51). *See* Fed. R. App. P. 28(i) ("[A]ny number of appellants or appellees may join in a brief."); *In re Target Customer Data Sec. Breach Litig.*, 855 F.3d 913, 915 (8th Cir. 2017) ("The courts of appeals … routinely permit Rule 28(i) adoption by letter.").

Respectfully submitted,

*/s/ Deepak Gupta*
Deepak Gupta
*Counsel for Petitioners-Appellees*

Gupta Wessler PLLC
**2001 K Street, NW, Suite 850 North, Washington, DC 20006**
**P** 202 888 1741　　**F** 202 888 7792
guptawessler.com