# Gupta / Wessler  *Issues & Appeals*

December 29, 2023

*Via Electronic Filing*

Christopher G. Conway, Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:　　No. 23-2842, *Paula Wallrich, et al. v. Samsung Electronics America, et al.*

Dear Mr. Conway:

　　We have made clear that the appellees' brief (ECF 51) was filed on behalf of all appellees. Based on my phone call with your office today, it appears that this Court had already accepted the brief for filing on that understanding; we were advised that no further steps are necessary at this point to clarify that the brief was filed on behalf of all appellees. If further steps are required by the Court, however, we would of course be happy to oblige.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Deepak Gupta*
　　　　　　　　　　　　　　　　　Deepak Gupta
　　　　　　　　　　　　　　　　　*Counsel for Petitioners-Appellees*

Gupta Wessler PLLC
2001 K Street, NW, Suite 850 North, Washington, DC 20006
P 202 888 1741　　F 202 888 7792
guptawessler.com